GEORGE STERN, Respondent, *v.* PESTI MAGYAR KERESKEDELMI BANK, Appellant.

Argued January 23, 1952; decided March 13, 1952.

882

*Benjamin Busch* and *Otto C. Sommerich* for appellant.

*Lester Samuels, Milton C. Weisman, Abraham Shapiro* and *Richard L. Sapiro* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.